UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**DYC FISHING, LTD,**
a Jamaica corporation,

    Plaintiff/Counter-Defendant,

v.                             **CASE NO. 3:05-cv-481-J-25TEM**

**BEAVER STREET FISHERIES, INC.,**
a Florida corporation,

    Defendant/Counter-Plaintiff.

---

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge's Report and Recommendation entered May 21, 2007. *See* Dkt. 156. All parties have been afforded copies of the Report and Recommendation and afforded an opportunity to file objections. No party objects to the report and the time for filing objections has expired. The Magistrate Judge recommends that the Plaintiff's Objection to Confidentiality and Request to Use or Disclose Designated Material Objection (Dkt. 128) be overruled and the confidential designation of Defendant's disputed discovery documents be enforced. Upon consideration of the Magistrate Judge's Report and Recommendation, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. 156) is hereby **ADOPTED** and incorporated by reference into this Order.

2. Plaintiff's Objection to Confidentiality and Request to Use or Disclose Designated

Material (Dkt. 128) is **OVERRULED.**

**DONE AND ORDERED** in Chambers this \_\_6th\_\_ day of June, 2007.

                                  HENRY LEE ADAMS, JR.
                                  UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record